EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WES R. PORTER #7698
Assistant U.S. Attorney

Hiep P. Pham
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 656-1360
Facsimile: 656-1370
Email: phamhp@schofield.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00304 SOM |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | |
| SONNY T. JACKSON, ) | [18 U.S.C. § 113(a)(2); |
| ) | 18 U.S.C. § 2111] |
| Defendant. ) | |

INDICTMENT

COUNT 1

(Assault with intent to commit a felony)

The Grand Jury charges that:

On or about March 29, 2003, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Aliamanu Military

Reservation, Hawaii, the defendant SONNY T. JACKSON did assault with intent to commit robbery on Larry J. Chaney.

All in violation of Title 18, United States Code, Sections 113(a)(2) and 2(a).

## COUNT 2

(Robbery)

The Grand Jury further charges that:

On or about March 29, 2003, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Aliamanu Military Reservation, Hawaii, the defendant SONNY T. JACKSON did by force, violence, and intimidation take from the person and presence of Larry J. Chaney a thing of value to wit: a camera.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 2111 and 2(a).

DATED: August 17, 2004, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
WES REBER PORTER
Assistant U.S. Attorney

_____
HIEP P. PHAM
Special Assistant U.S. Attorney